IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

                Plaintiff,                                              ORDER

        v.                                                         03-070M-X

MARSHALL LARSON,

                Defendant.

_____

On October 26, 2007, this court entered an order in which it erroneously reported that defendant Marshall Larson has paid $40.00 in 33 payments over the last three years. This was a typographical error. Larson actually has paid $2,040.00. My previous order is amended to reflect the correct amount.

Entered this 30th day of October, 2007.

                                      BY THE COURT:

                                      /s/

                                      STEPHEN L. CROCKER
                                      Magistrate Judge